UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA, et al.
    Plaintiffs
        v.                    Civil No. 97-1105(SEC)
CRUISERS, A DIVISION OF KCS
INTERNATIONAL, INC., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #38<br>Crusader's Motion for Leave to Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Moot. |
| Docket #40<br>Motion to Strike Exhibits to Opposition to Motion for Summary Judgment | Denied. |
| Docket #42<br>Motion for Reconsideration of Order Allowing Plaintiffs to File Exhibits in the Spanish Language | Denied. |
| Docket #44<br>Motion to Extend Time to File Reply to Opposition to Motion for Summary Judgment | Moot. |

DATE: September /3, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:    EOD:

By:    # 52

3