UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA, et al.
    Plaintiffs
        v.
CRUISERS, A DIVISION OF KCS
INTERNATIONAL, INC., et al.
    Defendants

Civil No. 97-1105(SEC)

RECEIVED & FILED 1999 OCT 12 AM 9:34 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

## ORDER

| MOTION | RULING |
| --- | --- |
| Docket #54<br>Motion Requesting Extension of time to Comply with Order of the Court | Granted, until **October 15, 1999.** |
| Docket #55<br>Plaintiffs' Motion in Compliance With Court Order | Noted. |
| Docket #56<br>Motion Requesting Extension of Time to Notify Changes to Pretrial Order | **Granted.** Amendments to the Pretrial Order are due **October 15, 1999.** |

DATE: October 8, 1999

SALVADOR E. CASELLAS
United States District Judge



3