IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARTURO CORREA, et al. | * |
| Plaintiffs | * Civil No. 97-1105(SEC) |
| v. | * |
| CRUISERS, A DIVISION OF KCS INTERNATIONAL, INC., et al. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon plaintiffs' motion (**Docket # 62**), this case is hereby set for a pretrial and settlement conference on **Friday, February 11, 2000, at 11:30 a.m.**, before the Honorable Robert J. Ward, who will be sitting by designation in our District from February 10 through February 29, 2000. The parties are advised that they should be ready for trial, as trial may be set for anytime after February 14, 2000. This order disposes of **Docket # 62**).

**SO ORDERED.**

In San Juan, Puerto Rico, this _31_ day of January, 2000.

SALVADOR E. CASELLAS
United States District Judge

