IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 24, 2000

ARTURO CORREA, et al         *
                             *
    Plaintiffs              *
                             *
vs.                          *         CIVIL NO. 97-1105 (SEC)
                             *
CRUISERS, A DIVISION OF KCS  *
INTERNATIONAL, INC., et al   *
                             *
    Defendants              *
                             *
*******************************

By Order of the Court, **Jury Trial in this case is hereby set for March 6, 2000 at 9:00 a.m. This proceeding will be held before Honorable Salvador E. Casellas.**

Kim Flores
Courtroom Deput Clerk

s/c   Francisco Troncoso
      Juan B. Soto
      Luis Blanco Matos
      Jury Administrator

