IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA AND MELISSA
MOSCA DE CORREA, AND THE
CONJUGAL PARTNERSHIP
BY THEM

    Plaintiffs

v.

CRUISERS, A DIVISION OF KCS
INTERNATIONAL, INC.; CRUSADER
ENGINES, THERMO-POWER
CORPORATION, A THERMO-
ELECTRON COMPANY, AND
JOHN DOE

    Defendants

Civil No. 97-1105(SEC)

DIVERSITY, BREACH OF CONTRACT

TRIAL BY JURY

## JUDGMENT

After the Court held a trial in the above-captioned case, the jury rendered a verdict for the Plaintiffs, to be awarded as follows:

1. The defendants are joint and severally liable to the plaintiffs for the payment of the following amounts:

   a. The price of the Cruisers 3570 Esprit Boat paid by Plaintiffs: $132,350.00.

   b. The legal interest at a rate of six percent (6%) accrued over the boat's price, to be computed since the delivery date (June 11, 1995).

   c. The reimbursement of the dockage fees incurred by Plaintiffs: $14,980.38.

   d. The reimbursement of moneys incurred by Plaintiffs in the maintenance and repair of the boat: $3,350.28.

   e. The reimbursement of insurance premiums paid by Plaintiffs as a result of

AO 72A
(Rev. 8/82)

Civil No. 97-1105(SEC)                                                                                               2

        maintaining the boat: $13,326.00.

    f.    The reimbursement of the license fees paid by Plaintiffs as a result of maintaining the boat: $1,164.95.

2.    Plaintiffs are required to turn over to the Defendants the 3570 Cruisers Esprit Boat that was the subject of this litigation.

In addition, the Court imposes upon the losing party, the Defendants, the obligation to reimburse costs to the Plaintiffs, pursuant to Fed.R.Civ.P. 54(d).

Judgment is hereby entered.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th of March, 2000.

*[signature]*
SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)