160.001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARTURO CORREA, et als., <br><br> Plaintiffs, <br><br> vs. <br><br> CRUISERS, et als., <br><br> Defendants. | Civil No. 97-1105 (SEC) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Now comes defendant Thermo Power Corporation, sued herein as Crusader Engines, Thermo-Power Corporation, a Thermo Electron Company (hereinafter referred to as "Crusader"), by its undersigned attorney, and hereby states, prays and alleges as follows:

1.  Notice is hereby given that defendant defendant Crusader will file an appeal from the judgment in the case of caption, which was entered on March 23, 2000, before the United States Court of Appeals for the First Circuit.

WHEREFORE, co-defendant Crusader respectfully requests that this Court take note of the matter stated herein.

RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE

I hereby certify that on this same date I did cause copy of the foregoing document to be served on the attorney identified below by deposit thereof in the United States Mail, at San Juan, Puerto Rico, in sealed, postage paid envelopes, addressed as follows:

*Francisco M. Troncoso, Esq.*
*Troncoso & Becker*
*P.O. Box 3352*
*San Juan, PR 00903-3352*

*Juan B. Soto, Esq.*
*Mercado & Soto*
*P.O. Box 9023980*
*San Juan, PR 00902-3980*

In San Juan, Puerto Rico, this 5th day of April, 2000.

César A. Matos-Bonet
USDC - PR No. 120114
P.O. Box 362677
San Juan, Puerto Rico 00936-2677
Tel. 753-7040
Fax. 753-5390