UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA, et. al.
    Plaintiffs
        v.                        Civil No. 97-1105(SEC)
CRUISERS, et. al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #97<br>Motion Requesting Extension of Time to Reply and/or Oppose Plaintiffs' Motions to Amend Judgment | Granted. |
| Docket #98<br>Motion Requesting Extension of Time to Reply and/or Oppose Plaintiffs' Verified Bill of Costs | Granted. |

DATE: April 26, 2000

SALVADOR E. CASELLAS
United States District Judge

