UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ARTURO CORREA, et. al.
   Plaintiffs

v.   Civil No. 97-1105(SEC)

CRUISERS, A DIVISION OF KCS
INTERNATIONAL, INC., et. al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #100** Motion Requesting Extension of Time to Respond to Plaintiff's Verified Bill of Costs, and Plaintiff's Motion to Amend Judgment | Moot. |
| **Docket #101** Motion Requesting Further Extension of Time to Oppose Plaintiff's Post-Trial Motions | Moot. |
| **Docket #103** Motion Requesting Extension of Time to Respond to Plaintiff's Verified Bill of Costs, and Plaintiff's Motion to Amend Judgment | Moot. |
| **Docket #107** Motion Joining Defendant Cruiser's Motions | Granted. |
| **Docket #108** Cruisers' Motion Joining Co-Defendant Crusader's Motion | Granted. |
| **Docket #111** Motion Withdrawing as Legal Representative and Assuming Legal Representation | Granted. |

DATE: December /5, 2000

SALVADOR E. CASELLAS
United States District Judge

