IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA ET AL

PLAINTIFF

V.

CRUISERS ET AL

DEFENDANTS

CIVIL NO. 97-1105(SEC)

# NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that **CRUISERS**, Co-Defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the Opinion and Order granted in part and denied in part in favor of the plaintiff, entered in this action on December 15, 2000, and notified on December 18, 2000, regarding Plaintiff's "Motion to Amend the Judgement Finding the Defendants Obstinate".

Also, Co-Defendant **CRUISERS** moves for appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order granted and notified on the herein above mentioned dates regarding Plaintiff's motion to amend the judgement in order "to condemn the Defendants to the payment of future dockage, license and insurance premium fees"; from Plaintiff's motion "submitting further invoices regarding dockage and insurance" expenses; and from the final judgement entered in this action on March 23, 2000.

**RESPECTFULLY SUBMITTED.**



CIVIL NO. 97-1105(SEC)                                              2

**I HEREBY CERTIFY,** that on this same date a true and exact copy of the foregoing document was sent to Francisco M. Troncoso, Esq., Troncoso & Becker, P.O. Box 3352, Old San Juan Station, San Juan, PR 00902-3352; Luis N. Blanco Matos, Esq., P.O. Box 362677, San Juan PR 00936-2677.

In San Juan Puerto Rico, on this 17 day of January, 2001.

**MERCADO & SOTO**
P.O. BOX 9023980
SAN JUAN, P.R. 00902-3980
TEL.: (787) 723-5434
FAX: (787) 724-6050

**JUAN B. SOTO-BALBÁS**
USDC-PR-130305

ag - public\mtf/3204.001/not-app

s/c:
CCA
1-18-01