**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

01 JAN 17 PM 4:18
U.S. DISTRICT COURT
SAN JUAN, P.R.

ARTURO CORREA, et als.,

Plaintiffs,

v.

CRUISERS, et als.,

Defendants.

Civil No. 97-1105 (SEC)

# NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that defendant Thermo Power Corporation, sued herein as Crusader Engines, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on March 23, 2000.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this January 17, 2001.

Luis N. Blanco Matos
USDCPR No. 121612
P.O. Box 362677
San Juan, Puerto Rico 00936-2677
Tel. (787) 753-7040
Fax. (787) 753-5390
Lnbm@caribe.net

c: CCA Clerk 1-22-01

117

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date I did cause copy of the foregoing Notice of Appeal to be served on the attorneys identified below by deposit thereof in the United States Mail in San Juan, Puerto Rico, in sealed, postage paid envelopes addressed as follows:

*Francisco M. Troncoso, Esq.*
*P.O. Box 3352*
*San Juan, Puerto Rico 00903-3352*

*Juan B. Soto, Esq.*
*P.O. Box 9023980*
*San Juan, Puerto Rico 00902-3980*

In San Juan, Puerto Rico, this January 17, 2001.

Luis N. Blanco Matos