# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*Arturo Correa, et. al.*
_____
Plaintiff(s)

*Cruisers, et. al.*
_____
Defendant(s)

Civil No. 97-1105 (SEC)

RECEIVED & FILED
01 JAN 23 AM 7:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

DATE FILED: 1/17/01   DOCKET #: 113   TITLE: Motion to Withdraw Legal Representation

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)

DISPOSITION:

[X] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

## COMMENTS

_____
_____
_____
_____
_____
_____

19 I 01
_____
DATE

/s/ SALVADOR E. CASELLAS
United States District Judge

118

