IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA, et al.

Plaintiffs

v.   Civil No. 97-1105(SEC)

CRUISERS, A DIVISION OF KCS
INTERNATIONAL, INC.; et al.

Defendants

**ORDER**

On March 23, 2002, this Court issued a Judgment in the above-captioned case, after a jury rendered a verdict in favor of Plaintiffs (**Docket # 93**). Said Judgment was amended by this Court's Opinions and Orders of December 13, 2002 (**Docket # 112**) and December 18, 2002 (**Docket # 113**), which added awards for attorney's fees, and future dockage, license and insurance premium fees, to the original Judgment. On July 23, 2002, the First Circuit Court of Appeals issued an Opinion in Case Nos. 01-1240 and 01-1241 (**Docket # 128**), affirming in part and vacating in part the Judgment entered by this Court, and vacating this Court's two Opinions and Orders amending the initial Judgment. Accordingly, this Court will issue an Amended Judgment eliminating the awards for all dockage, insurance, license, and attorney's fees for Plaintiffs.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7 day of August, 2002.

SALVADOR E. CASELLAS
United States District Judge