IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA, et al.      *
                           *
    Plaintiffs             *
                           *
v.                         *    Civil No. 97-1105(SEC)
                           *
CRUISERS, A DIVISION OF KCS*
INTERNATIONAL, INC.; et al.*
                           *
    Defendants             *
*********************************

## AMENDED JUDGMENT

After the Court held a trial in the above-captioned case, the jury rendered a verdict for the Plaintiffs, to be awarded as follows:

1. The Defendants are jointly and severally liable to the Plaintiffs for the payment of the following amounts:

    a. The price of the Cruisers 3570 Esprit Boat paid by Plaintiffs: $132,350.00

    b. The legal interest at a rate of six percent (6%) accrued over the boat's price, to be computed since the delivery date (June 11, 1995).

    c. The reimbursement of moneys incurred by Plaintiffs in the maintenance and repair of the boat: $3,350.28.

2. Plaintiffs are required to turn over to the Defendants the 3570 Cruisers Esprit Boat that was the subject of this litigation.

In addition, the Court imposes upon the losing party, the Defendants, the obligation to reimburse costs to the Plaintiffs, pursuant to Fed. R. Civ. P. 54(d).

Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7 day of August, 2002.

/s/ SALVADOR E. CASELLAS
United States District Judge

c: CCA 8/8/02