UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARTURO CORREA, et al.
　Plaintiffs
　　v.   　　　　　　　　　　　Civil No. 97-1105(SEC)
CRUISERS, A DIVISION OF KCS
INTERNATIONAL, INC.; et al.
　Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Docket #132**<br>**Motion Requesting that the Honorable Court Entertain Issues Regarding Verified Bill of Costs** | **GRANTED.** Even though Plaintiffs have presented their Verified Bill of Costs (**Docket # 96**) and Defendants have presented objections to the same (**Docket # 104**), the Court should normally refrain from considering issues regarding costs until after the Clerk has acted pursuant to Fed. R. Civ. P. 54(d). See Nelson v. Darragh, 120 F.R.D. 517, 518 (D. Ark. 1988); Wright, Miller and Kane, Federal Practice and Procedure: Civil 3d § 2679. Therefore, the Clerk of the Court is hereby instructed to proceed with the taxation of costs pursuant to Rule 54(d). |

DATE: June 16, 2003

SALVADOR E. CASELLAS
United States District Judge

