# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ARTURO CORREA, et als., | |
| Plaintiffs, | |
| v. | Civil No. 97-1105 (SEC) |
| CRUISERS, et als., | |
| Defendants. | |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

NOW COMES defendant Thermo Power Corporation, sued herein as Crusader, Inc., by and through its undersigned attorney, and hereby informs the court and all parties that on this same date the undersigned attorney has forwarded to counsel for plaintiffs Thermo Electron Corporation's check No. 039916, in the amount of $390.00, made to the order of Francisco Troncoso and Arturo Correa, in full payment of the amount awarded in costs in the case of reference.

WHEREFORE, plaintiff respectfully requests the court to take note of the matters stated herein.

**RESPECTFULLY SUBMITTED.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on the attorneys identified below:

*Francisco M. Troncoso, Esq.*
*P.O. Box 3352*
*San Juan, Puerto Rico 00903-3352*

*Juan B. Soto, Esq.*
*P.O. Box 9023980*
*San Juan, Puerto Rico 00902-3980*

In San Juan, Puerto Rico, this March 29, 2004.

s/ Luis N. Blanco
Luis N. Blanco Matos
USCA No. 17975
P.O. Box 362677
San Juan, Puerto Rico  00936-2677
Tel. (787) 753-7040
Fax. (787) 753-5390
lnbm@caribe.net